# United States Bankruptcy Court
### Eastern District of Michigan

In re  Samir George

Case No. 10-44205-wsd
Chapter 13

## AFFIDAVIT OF SAMIR GEORGE

STATE OF MICHIGAN ) SS.
COUNTY OF Oakland )

I, <u>Samir George</u>, testify and affirm the following representations:

1. I, Samir George, hereby represent that I am self-employed and there will be no third party that will pay payments into my Chapter 13 Plan Payment.

_____
Samir George

Subscribed and sworn to before me, a Notary Public
in and for said County, this ___ day of February, 2010

_____
Notary Public